DIGGS v. LOUISVILLE & N. R. CO. (two cases).

DUNNAWAY v. SAME.

(Circuit Court of Appeals, Sixth Circuit. December 26, 1907.)

Nos. 1,724–1,726.

CARRIERS—OPERATION OF RAILROAD TRAINS—ANNOUNCEMENT TO PASSENGERS OF "NEXT STATION."

A statement made by a brakeman to the passengers in a railroad car between stations, giving the name of the "next station," is merely an announcement, and not a call of the station; and, unless made when the train is immediately approaching a station, passengers for such station are not justified in treating it as an invitation to alight when the train next stops.

On petition for rehearing.

For former opinions, see 156 Fed. 564.

Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

PER CURIAM. The motion to rehear is apparently largely based on the statement of this court that Chandler was the last station before reaching Knoxville, and that the call that the next station or stop would be Knoxville was made after leaving Chandler and constituted "an announcement." It is said this was a misstatement, that the announcement was made by the trainman as the train approached Knoxville, and not after it left Chandler, and therefore constituted "a call," and, finally, that the question whether there was "an announcement" or "a call" should have been left to the jury. We think it immaterial whether the last station was Chandler or not. Of course, the material thing was whether the statement of the trainman that the next station or stop would be Knoxville, was "an announcement" or "a call." We are still clear in the opinion that it was an announcement, and not a call. When it was made is immaterial, unless it was made so close to Knoxville as to be a call. It is clear it was

not made that close. Two witnesses, King and Lee, testified it was made before the train reached the bridge. All the witnesses testified that the train stopped at least twice after the announcement was made and before it reached the station; once at the switch on the trestle, and again at the Y. There was no reasonable ground for any passenger to treat the announcement as a call, or invitation to alight.